MASTER BUILDERS, INC., Chemrex, Inc. (now known as Degussa Building Systems, Inc.), and MBT Holding AG (now known as Degussa Construction Chemicals (Europe) AG), Appellants,

v.

POLYMERICA, INC., Appellee.

No. 04–1372.

United States Court of Appeals, Federal Circuit.

April 14, 2005.

Before NEWMAN, LOURIE, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36